KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VADIM FIODOROVICH SHVETS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services;<br><br>    Defendants. | No. C 06-0738 CRB<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Petitioner filed this action on or about February 2, 2006.  Defendants answer is currently due on April 4, 2006.

2. Pursuant to this Court's February 2, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 28, 2006, and attend a case management conference on May 5, 2006.

3. The parties have agreed to give the defendants a 30-day extension of time to file their answer.

Stipulation for Extension
C 06-0738 CRB

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendant's Answer | May 4, 2006 |
| Last day to file Joint ADR Certification | May 11, 2006 |
| Last day to file/serve Joint Case Management Statement: | June 2, 2006 |
| Case Management Conference: | June ~~9~~ 16, 2006, at 8:30 a.m. |

Date: April 4, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


         /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant


Date: April 4, 2006

         /s/
VADIM FIODOROVICH SHVETS
*Pro Se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 7, 2006

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Extension
C 06-0738 CRB