1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169

7  Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12 VADIM FIODOROVICH SHVETS,              )
                                          )
13         Plaintiff,                     ) No. C 06-0738 CRB
                                          )
14     v.                                 )
                                          )
15 ALBERTO GONZALES, Attorney General, U.S.) STIPULATION TO DISMISS AND
   Department of Justice; MICHAEL CHERTOFF,) [PROPOSED] ORDER
16 Secretary of the U.S. Department of Homeland )
   Security; EMILIO T. GONZALEZ, Director of )
17 the U.S. Citizenship and Immigration Services; )
   DAVID STILL, San Francisco District Director, )
18 U.S. Citizenship and Immigration Services; )
                                          )
19         Defendants.                    )
                                          )
20

21     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

22 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

23 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

24 prepared to grant approval of plaintiff's application for naturalization within 30 days of the

25 dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C 06-0738 CRB

1 | Date: April 28, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April ____, 2006

*See fax signature*
VADIM FIODOROVICH SHVETS
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 1, 2006

CHARLES R. BREYER
United States District Judge

Stipulation to Dismiss
C 06-0738 CRB

| | |
|---|---|
| 1  Date: April ____, 2006 | Respectfully submitted, |
| 2 | KEVIN V. RYAN |
| 3 | United States Attorney |
| 4 | |
| 5 | _____ |
|   | EDWARD A. OLSEN |
| 6 | Assistant United States Attorney |
|   | Attorneys for Defendants |
| 7 | |
| 8  Date: April 27, 2006 | /s/ |
| 9 | _____ |
|   | VADIM FIODOROVICH SHVETS |
|   | *Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
CHARLES R. BREYER
United States District Judge

Stipulation to Dismiss
C 06-0738 CRB

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VADIM FIODOROVICH SHVETS,

      Plaintiff,

v.

ALBERTO R GONZALES et al,

      Defendant.
                               /

Case Number: CV06-00738 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward A. Olsen
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Vadim Fiodorovich Shvets
4316 Shelter Creek Lane
San Bruno, CA 94066-6036

Dated: May 1, 2006

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk